IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NORRIS ANDERSON, JR, | * |
| Petitioner, | * |
| v. | Case No.  5:23-cv-00448-TES-CHW |
| | * |
| DENIS MCDONOUGH, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 13th day of February, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk